JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA,<br><br>  Plaintiff,<br><br>v.<br><br>SONAR, INC., dba TACO BELL #004485, et al.,<br><br>  Defendants._____/ | Case No. 2:12-cv-02162-RSWL-SS<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

Upon consideration of the Joint Stipulation submitted by plaintiff Edwin Figueroa and defendant Sonar, Inc. dba Taco Bell #004485,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety, each party to bear their own respective costs and attorneys' fees.

Dated: August 30, 2012

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
Senior, U.S District Court Judge